UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb
United States District Judge
Sacramento, California

RE:   Mary Margaret WOOD
Docket Number:  2:06CR00317-01
PERMISSION TO TRAVEL
OUTSIDE THE COUNTRY

Your Honor:

The releasee is requesting permission to travel by way of cruise ship throughout the Mexican Riviera for a period of twelve days. She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On June 5, 2001, under U. S. District Court Docket Number 4:99CR40186-01 SBA (ND/CA), Mary Margaret Wood was sentenced for the offense of 21 USC 841(a)(1) - Possession with Intent to Distribute and Distribution of Methamphetamine.

On August 7, 2006, Your Honor ordered the above-noted U. S. District Court Docket Number 4:99CR40186-01 SBA (ND/CA) be transferred jurisdictionally to the Eastern District of California and thereafter assigned U. S. District Court Docket Number 2:06CR00317-01 WBS.

**Sentence imposed:** 70 months custody of the Bureau of Prisons; 5-year term of supervised release.

**Dates and Mode of Travel:** From September 26, 2006, to October 7, 2006, the releasee will participate in a cruise on the 'Dawn Princess' visiting various ports throughout Mexico. The twelve-day excursion will begin and end at the port located in San Francisco, California.

RE:  Mary Margaret WOOD
     Docket Number:  2:06CR00317-01
     **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

**Purpose:**  The releasee's husband arranged the above-noted cruise to celebrate their wedding anniversary.

Based on the foregoing, it is the undersigned's request that Your Honor grant the above-noted travel.  In addition, it is also requested Your Honor provide the probation officer with the discretion to authorize any further travel by the offender to Mexico, without further Court notification.  If allowed to travel out of the country under the following noted conditions, the offender will be instructed to report to the United States Department of Homeland Security (or other appointed border security officials) upon her entry and exit from Mexico.

Respectfully Submitted,

/s/ Phil R. Hendley, Jr.

**Phil R. Hendley, Jr.**
**United States Probation Officer**

DATED:   August 11, 2006
         Modesto, California
         PRH/lr

REVIEWED BY:   /s/ Deborah A. Spencer
               **DEBORAH A. SPENCER**
               **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved on condition that she has already paid any and all penalty assessments, fines and restitution ordered as part of the judgment.

Date:  August 11, 2006

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**RE:     Mary Margaret WOOD**
       **Docket Number:   2:06CR00317-01**
       **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**