PROB 35                **ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:06CR00317-01** |
| ) | |
| **Mary Margaret WOOD** ) | |
| ) | |

On June 5, 2001, in the Northern District of California, the above-named was sentenced to 70 months custody of the Bureau of Prisons with a 5-year term of supervised release to follow, which commenced on April 30, 2004. She has complied with the rules and regulations of supervision. It is accordingly recommended that Mary Margaret Wood be discharged from supervision.

Respectfully submitted,

/s/ Phil R. Hendley, Jr.

**Phil R. Hendley, Jr.**
**United States Probation Officer**

Dated:     April 4, 2007
           Modesto, California
           PRH/lr

**REVIEWED BY:**     /s/ Deborah A. Spencer
                    **Deborah A. Spencer**
                    **Supervising United States Probation Officer**

Re:    Mary Margaret WOOD
       Docket Number:   2:06CR00317-01
       **ORDER TERMINATING SUPERVISED RELEASE**
       **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that Mary Margaret Wood be discharged from supervised release, and that the proceedings in the case be terminated.

Date:  April 6, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


Attachment:  Recommendation
             Presentence Report (ND/CA)
             Judgment and Commitment Order

cc:    United States Attorney's Office